**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CHRISTINE GRIFFITH** | **CASE NO.  2:20-CV-00521** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MODULAR SECURITY SYSTEMS INC ET AL** | **MAGISTRATE JUDGE KAY** |

### 60 DAY JUDGMENT OF DISMISSAL

Upon notice that the above captioned suit has settled, the court **HEREBY ORDERS, ADJUDGES,** and **DECREES** that this action be dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.  **IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers on this 17th day of September, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**