UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHRISTINE GRIFFITH,** | * | **CIVIL ACTION NO. 2:20-cv-00521** |
| **INDIVIDUALLY AND ON BEHALF** | * | |
| **OF HER MINOR CHILDREN,** | * | |
| **DANIEL GLADNEY, MADISON** | * | |
| **GLADNEY, AND JESSIE GLADNEY** | * | |
| | * | |
| **VERSUS** | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **MODULAR SECURITY SYSTEMS,** | * | **MAGISTRATE KATHLEEN KAY** |
| **INC., and FLUOR TECHNIP** | * | |
| **INTEGRATED and/or FLUOR** | * | |
| **ENTERPRISES, INC. and/or FLUOR** | * | |
| **CORPORATION, and/or TECHNIP** | * | |
| **USA, Inc., and SASOL CHEMICALS** | * | |
| **NORTH AMERICA, LLC and/or** | * | |
| **SASOL CHEMICALS (USA), LLC** | * | |
| **and/or SASOL (USA) CORPORATION** | * | |

## RULE 41 STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, CHRISTINE GRIFFITH, individually and on behalf of her minor children, DANIEL GLADNEY, MADISON GLADNEY, and JESSIE GLADNEY, and defendants, MODULAR SECURITY SYSTEMS, INC., FLUOR TECHNIP INTEGRATED and/or FLUOR ENTERPRISES, INC. and/or FLUOR CORPORATION, and/or TECHNIP USA, INC., and SASOL CHEMICALS NORTH AMERICA, LLC and/or SASOL CHEMICALS (USA), LLC and/or SASOL (USA) CORPORATION, who upon suggesting to the Court that they have settled, satisfied, and compromised all claims asserted by plaintiff individually and on behalf of her minor children with all Defendants, MODULAR SECURITY SYSTEMS, INC., FLUOR TECHNIP INTEGRATED and/or FLUOR ENTERPRISES, INC. and/or FLUOR CORPORATION, and/or TECHNIP USA, INC., and SASOL CHEMICALS NORTH AMERICA, LLC and/or SASOL CHEMICALS (USA), LLC

and/or SASOL (USA) CORPORATION, and who now moves this Honorable Court for a Dismissal of all claims and demands of Plaintiffs, CHRISTINE GRIFFITH, individually and on behalf of her minor children, DANIEL GLADNEY, MADISON GLADNEY, and JESSIE GLADNEY, against all defendants, MODULAR SECURITY SYSTEMS, INC., FLUOR TECHNIP INTEGRATED and/or FLUOR ENTERPRISES, INC. and/or FLUOR CORPORATION, and/or TECHNIP USA, INC., and SASOL CHEMICALS NORTH AMERICA, LLC and/or SASOL CHEMICALS (USA), LLC and/or SASOL (USA) CORPORATION, with prejudice, each party to bear its own costs of court and litigation.

Respectfully Submitted
**THE TOWNSLEY LAW FIRM, LLP**

**s/ *Jordyn A. Goody***
**TODD A. TOWNSLEY, #21095**
**DAMON L. BEARD, #30218**
**JORDYN A. GOODY, #38239**
**DAVID H. HANCHEY, # 19927**
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577
Attorneys for plaintiff

**WANEK, KIRSCH DAVIES, LLC**

**s/ *E. Madison Barton***
**KYLE P. KIRSCH (#26363)**
**E. MADISON BARTON (#36719)**
1340 Poydras St., Ste 2000
New Orleans, LA 70112
Telephone: 504-324-6493
Facsimile: 504-324-6626
Attorneys for Modular Security Systems, Inc.

**FISHMAN HAYGOOD, LLP**

*s/Daniel J. Dysart*
**KERRY J. MILLER (#24562)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Ave., 46th Floor
New Orleans, LA 70170
Telephone: 504-556-5549
Facsimile: 504-310-0275

And

**SIMIEN LAW FIRM**

*s/ Marshall J. Simien, Jr.*
**MARSHALL J. SIMIEN, JR. (#21377)**
2129 Fitzenreiter Rd.
Lake Charles, LA 70601
Telephone: 337-497-0022
Facsimile: 337-497-0203
Attorneys for defendants, Sasol Chemicals North America, LLC, Sasol Chemicals (USA), LLC, and Sasol (USA) Corporation

**DEUTSCH KERRIGAN, LLP**

*s/ Geoffrey A. Mitchell*
**ROBERT E. KERRIGAN, JR. (#07350**
**GEOFFREY A. MITCHELL (#34684)**
755 Magazine St.
New Orleans, LA 70130
Telephone: 504-581-5141
Facsimile: 504-566-1201
Counsel for defendant Flour Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of November 2021, a copy of the foregoing Motion to Remand was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Kyle P. Kirsch, Wanek, Kirsch, Davies, LLC, Robert Kerrigan and Geoffrey Mitchell, Deutsch Kerrigan, LLP, Daniel Dysart, Fishman Haygood, and Marshall Simien, Simien Law Firm by operation of the Court's electronic filing system.  I also certify that I have mailed by US Postal Service this filing to the following non-CM/ECF participants: none.

s/ *Jordyn A. Goody*
JORDYN A. GOODY
